FILED

2022 MAY 19 PM 12:02

CUAUHTEMOC (Bar No. 257443)
Federal Public Defender
K. ELIZABETH DAHLSTROM (Bar No. 228552)
Deputy Federal Public Defender
(E-Mail: Elizabeth_Dahlstrom@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CM 22-00104

| | |
|---|---|
| IN RE: | Misc. Case No. |
| LAURA SCHAEFER | APPLICATION FOR LEAVE OF COURT TO PRACTICE ON BEHALF OF THE FEDERAL PUBLIC DEFENDER |

TO THE HONORABLE PHILLIP S. GUTIERREZ, CHIEF JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

The undersigned, K. Elizabeth Dahlstrom, Capital Habeas Chief Deputy Federal Public Defender, respectfully requests that this Court authorize Deputy Federal Public Defender Laura Schaefer to practice before the United States District Court for the Central District of California pending her admission to the State Bar of California, pursuant to Local Rule 83-2.1.4.

As set forth in the attached declaration, Laura Schaefer has been employed as a Deputy Federal Public Defender for the Central District of California since September 13, 2021. She is a member in good standing of the New York State Bar and is admitted to practice before the Appellate Division for the Second Department and has been admitted to practice before the Ninth Circuit Court of Appeals. Ms. Schaefer passed the California State Bar examination in February 2022 and is now waiting for the moral

character determination. Based on the above, the undersigned respectfully requests leave of this Court, pursuant to Local Rule 83-2.1.4, to admit Laura Schaefer to practice law in this District as a Deputy Federal Public Defender pending her admission to the State Bar of California.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: May 18, 2022      By: _____
K. ELIZABETH DAHLSTROM
Deputy Federal Public Defender

## DECLARATION OF LAURA SCHAEFER

I, Laura Schaefer, hereby state and declare as follows:

1. I am and have been an attorney and member in good standing of the New York State Bar. In over 7 years of practice, I have never been subjected to professional discipline by any governing body.

2. Since being admitted to practice law in New York in 2015, I was employed as a Staff Attorney with the American Bar Association's Death Penalty Representation Project.

3. On September 13, 2021, I commenced employment as a Deputy Federal Public Defender for the Central District of California, and I have been continuously employed here in Los Angeles.

4. I hereby certify that I passed the California Bar examination in February 2022, and that I am now waiting for the moral character determination. I further certify that I will inform the admissions clerk once the determination is received.

5. Based on the above, I respectfully request leave of the Court to practice law before this Court on behalf of the Federal Public Defender for the Central District of California.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: May 18, 2022

_____
LAURA SCHAEFER
Deputy Federal Public Defender

3