**FILED**
CLERK, U.S. DISTRICT COURT
May 23, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DBE___ DEPUTY

LODGED
2022 MAY 19 PM 12: 02

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CM 22-00104

IN RE:

LAURA SCHAEFER

Misc. Case No.

[PROPOSED] ORDER

IT IS HEREBY ORDERED that the Applicant Laura Schaefer is admitted to practice before this Court until the California Bar moral character determination is received. The Applicant will inform the Attorney Admissions' Clerk of the determination when it is received.

Dated: 5/23/22

_____
HONORABLE PHILLIP S. GUTIERREZ
Chief United States District Judge

Presented by:

*K. E. Dahlstrom*
_____
ELIZABETH DAHLSTROM
Deputy Federal Public Defender

1